IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL DAVID DUE,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROBERT T. DAWSON, MATTHEW R. HOFFMAN, and BRIAN D. BAILEY,<br><br>          Defendants. | 8:22CV252<br><br>**ORDER** |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 19th day of July, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge